UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CINCINNATI INSURANCE COMPANY,**

    **Plaintiff,**

v().

**GENERAL MOTORS LLC,**

    **Defendant.**                                No. 15-cv-104-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 12, 2016 (Doc. 34), this case is **DISMISSED** with prejudice.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                             **Deputy Clerk**

Dated:  June 17, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.06.17 17:08:11 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE